UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE ALEXANDER,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES BIANCO, et al.,<br><br>        Defendants,<br><br>    And<br><br>CELL THERAPEUTICS, INC.,<br><br>        Nominal Defendant. | CASE NO. C10-1597MJP<br><br>ORDER TO SHOW CAUSE RE CONSOLIDATION |

On October 5, 2010, this matter was removed to federal court from King County Superior Court. Dkt. No. 1. It appears from a review of the pleadings that this matter is related to the series of lawsuits which have been consolidated as <u>In re Cell Therapeutics, Inc. Derivative Litigation</u>, Master Docket No. C10-564MJP. Good cause appearing,

ORDER TO SHOW CAUSE RE
CONSOLIDATION - 1

IT IS ORDERED that the parties must show cause by **November 26, 2010** why this case should not be consolidated with the remainder of the Cell Therapeutics derivative litigation in Docket No. C10-564MJP.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 18th day of November, 2010.

_/s/ Marsha J. Pechman_
Marsha J. Pechman
United States District Judge